In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00554-CR


____________________



ROBERT WILCOX, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-01841






 MEMORANDUM OPINION


 On December 8, 2008, the trial court sentenced Robert Wilcox on a conviction for
evading arrest or detention by using a vehicle. Wilcox filed a notice of appeal on December
17, 2008. The trial court entered a certification of the defendant's right to appeal in which
the court certified that this is a plea-bargain case and the defendant has no right of appeal. 
See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification
to the Court of Appeals.

 On December 18, 2008, we notified the parties that we would dismiss the appeal 
unless an amended certification was filed within fifteen days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been
supplemented with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 HOLLIS HORTON

 Justice

 

Opinion Delivered January 14, 2009

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.